# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 15, 2007*

[Cite as *02/15/2007 Case Announcements,* 2007-Ohio-623.]

## MOTION AND PROCEDURAL RULINGS

**2007–0072. State ex rel. Douglas v. Greenfield City Council.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of the joint motion to continue stay of briefing schedule pending negotiation of attorney fees,

It is ordered by the court that the motion is granted.

It is further ordered that the parties shall file a status report within 28 days of the date of this entry.